**Ovide Joseph DUGAS, Jr., Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 68869.**

Court of Criminal Appeals of Texas, En banc.

Sept. 14, 1983.

---

J. Michael Bradford (on appeal only), Bruce Neill Smith (on appeal only), Beaumont, for appellant.

James S. McGrath, Dist. Atty. and John R. DeWitt, Asst. Dist. Atty., Beaumont, Robert Huttash, State's Atty. and Alfred Walker, Asst. State's Atty., Austin, for the State.

## OPINION

PER CURIAM.

It has now been made known to this Court by proper motion of the State, accompanied by a duly certified death certificate, that appellant died on June 20, 1983, while this appeal was pending.

Accordingly, the prior opinion in this cause is withdrawn and the appeal is abated.